UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEIJAH DANIEL BACA,<br><br>  Plaintiff<br><br> vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br><br>  Defendant(s). | CASE No.: 5:22-CV-00381-GJS<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-FOUR HUNDRED-SIXTEEN DOLLARS AND THIRTY-FOUR CENTS ($1,416.34).

DATE: September 7, 2022

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

- 1